## NEW VOTER? MOVED?
## REMOVED FROM VOTER ROLL?

YOUCANVOTE.ORG/REGISTER to confirm, update or register

### 3 WAYS TO VOTE

1. **Early Voting:** Vote at any early voting site in your county
2. **Election Day:** You must vote at your assigned polling place
3. **By Mail:** Request an absentee ballot

**YOUCANVOTE.ORG/VOTER-GUIDE**

### WHO CAN VOTE?

- NC citizens who will be 18 years old by Election Day
- Citizens who have completed the terms of a felony sentence
- Residents who have lived in NC for at least 30 days as of Election Day
- 16- and 17-year-old NC citizens may pre-register



Voter Hotline: **1-888-OUR-VOTE**
For more information or to join us, visit YouCanVote.org

# 2020 NORTH CAROLINA VOTING GUIDE

**DON'T HAVE AN ID? YOU CAN VOTE WITH OR WITHOUT ID!**
Visit **YOUCANVOTE.ORG/WOB** to find out what's on your ballot!

## October 15–31 | EARLY VOTING

Find an early voting site at **YouCanVote.org/voting**
*You can register & vote at any early voting site in your county!*

## November 3 | ELECTION DAY

Vote at your assigned polling place from 6:30am–7:30pm
**YouCanVote.org/lookup**

## March–September 30 | US CENSUS 2020

*Make sure all members of your household get counted!*
*The quickest & easiest way to respond is online or by phone:*
**my2020census.gov**
**1-844-330-2020**

youVote

Voter Hotline: 1-888-OUR-VOTE
For more information or to join us, visit YouCanVote.org

Director Of Elections
DURHAM COUNTY BOARD OF ELECTIONS
PO BOX 868
DURHAM NC 27702-0868
RETURN SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
OSG



5A   2C

\*\*\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 275
9405916 0643-VIC    11363 1 1 1
DERRICK MICHAEL ALLEN SR
PO BOX 771
DURHAM NC 27702-0771

| | |
|---|---|
| **NOTICE OF REGISTRATION** | The attached **Voter Registration Card** confirms your voter registration in Durham County. Your assigned precinct and voting place are shown at the bottom of the card. Please review the information on your card for accuracy. If you need to make an update, you may use the form on the card. Your signature will be required. Be sure to detach the card from this notice and affix proper postage before mailing the card back to our office. You are not required to show your voter registration card to vote. |
| **IF YOU MOVE** | If you move within this county, you must provide our office with your new address. If you move outside of this county, you will no longer be eligible to vote in this county after 30 days from the date of your move. You must be registered in the county where you reside. |
| **PHOTO ID REQUIREMENTS** | Photo ID is not currently required to vote. In a December 31 order, a federal district court blocked North Carolina's voter photo ID requirement from taking effect. The injunction will remain in place until further order of the court. |

If you have any questions regarding this notice, please contact the
Durham County Board of Elections.
919-560-0700

For more information on voter registration and voting in North Carolina, visit:
**www.NCSBE.gov**

000030174039-33
VOTER REGISTRATION #

10843PVIC 4/30/20